UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAUFMAN LLC and<br>ALAN KAUFMAN<br><br>           Plaintiffs<br><br>      -against-<br><br>HERBERT FEINBERG<br>NORMAN ARNOFF, and<br>RICHARD DERZAW<br><br>           Defendants. | Civil Action No.: 3:17-cv-00958 |

**PLAINTIFFS' REQUEST, WITH DEFENDANTS'
CONSENT, FOR EXTENSION OF TIME TO
RESPOND TO MOTION TO DISMISS**

Pursuant to Local Rule 7(b) the plaintiffs hereby request to extend the time to respond to the Motion to Dismiss of defendants Storch and Levin,7 ECF 157, to September 4, 2019, *nunc pro tunc*. The request is made because plaintiff Alan Kaufman just completed a lengthy trial, is occupied with post-trial filings, preparation of a case to be filed in the UK and France and revie of documents needs for the latter..

The plaintiffs have, pursuant to Local Rule 7(b), inquired of counsel for defendants Storch and Levin as to their position on this request they have consented.

                                        KAUFMAN LLC and ALAN KAUFMAN,
                                        Plaintiffs

                                         /s/  Alan H. Kaufman_____

        Alan H. Kaufman, Esq.
        Bar No. ct 29258

        KAUFMAN, PLLC
        200 Park Avenue, 17th Floor
        New York, NY 10167
        Tel: (212) 257-0900
        Fax: (212) 897-2370
        akaufman2@kaufmanllc.net

        1717 K Street, N.W.
        Washington, D.C. 20006

<u>Certification of Service</u>

I hereby certify that on August 13, 2019, a copy of the foregoing Plaintiff's Motion for Extension of Time was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

        <u>/s/ Alan H. Kaufman</u>____