UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAUFMAN, LLC and <br> ALAN KAUFMAN <br>          Plaintiffs <br> v. <br><br> HERBERT FEINBERG, RICHARD DERZAW, <br> NORMAN ARNOFF, STEVEN G. STORCH and <br> JASON LEVIN <br>          Defendants | CIVIL ACTION NO.: <br> 3:17-cv-958 (VAB) <br><br><br><br><br> January 15, 2021 |

## STATUS REPORT

Pursuant to the Court's order dated December 5, 2020 (ECF No. 241), the undersigned counsel respectfully submit this status report updating the Court on the continuing consequences of the passing of Herbert Feinberg, a defendant in the captioned matter. Since the last status report filed with the Court, the undersigned have learned that the New York County Surrogate's Court has appointed Sandi Feinberg, Mark Allen Feinberg and David H. Feinberg as fiduciaries of the Estate of Herbert Feinberg. In addition, the undersigned has recently been retained by the fiduciaries to represent them in this action.

The undersigned request a scheduling conference with the Court to discuss the setting of future deadlines in this case.

/s/
Stuart M. Katz (ct12088)
David E. Dobin (ct28526)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tel: 203-368-0211
Fax: 203-337-5505
skatz@cohenandwolf.com
ddobin@cohenandwolf.com

2

**CERTIFICATION OF SERVICE**

      I hereby certify that on the date hereof a copy of the foregoing was filed electronically. Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing. Parties may access the foregoing filings and this Certification of Service through the Court's system.

/s/
David E. Dobin